175 A.3d 152

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. GLENROY A. DEER, DEFENDANT–PETITIONER.

C–259 September Term 2017
079932

October 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000430–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 152

ROBINHOOD PLAZA, INC., INTERNATIONAL CHAIN ENRICO CORP., AND AVNER NETTER, PLAINTIFFS–RESPONDENTS, v. CITY COUNCIL OF THE CITY OF JERSEY CITY, DEFENDANT–PETITIONER.

C–242 September Term 2017
079890

October 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001070–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.